IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00306-MR-WCM

| | |
|---|---|
| TRACEY L. KOPPLIN and JOHN C. KOPPLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> SUGAR MOUNTAIN RESORT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court sua sponte.

On December 20, 2024, a pro se Complaint was filed naming Tracey L. Kopplin and John C. Kopplin as plaintiffs. [Doc. 1]. At the end of the Complaint is a typed signature that states "/s/ Tracey L. Kopplin." The Complaint is not signed by John C. Kopplin.

The Complaint is insufficient in that it does not contain a wet (ink) signature of each Plaintiff. See Fed. R. Civ. P. 11(a). Additionally, the Plaintiffs failed to comply with Rule 7.1(a)(2)(A), which requires the plaintiffs in a diversity case to file a separate disclosure statement identifying their citizenship at the time that the complaint is filed.

The Plaintiffs will be given fourteen (14) days to correct the identified deficiencies. Should the Plaintiffs fail to comply with this Order, this case will be dismissed without prejudice and closed without further notice to the Plaintiffs.

**IT IS THEREFORE ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiffs shall file a properly signed Complaint and a citizenship disclosure statement in accordance with this Order. Should the Plaintiffs fail to comply with any provision of this Order, this case will be dismissed without prejudice and closed without further notice.

The Clerk of Court is respectfully directed to provide a citizenship disclosure statement form to the Plaintiffs along with a copy of this Order.

**IT IS SO ORDERED**.

Signed: December 30, 2024

Martin Reidinger
Chief United States District Judge